# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ELLAINA SWALLOWS, | : | Case No. 3:23-cv-373 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| DOUBLE S CHILI, INC., | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court upon the parties' Joint Motion to Stay Case (Doc. #9).  The parties request that the Court stay this matter pending settlement discussions and mediation.  For good cause shown, the parties' Joint Motion to Stay Case (Doc. #9) is **GRANTED**.  The parties shall file a joint status report within sixty days, notifying the Court if the case has settled.  If the case has not settled, the parties shall file their Rule 26(f) report with the Court on or before May 24, 2024.

**IT IS SO ORDERED.**

March 13, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge